IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARMEET SINGH,

        Petitioner,                      No. CIV S-08-950 MCE KJM P

    vs.

D.K. SISTO, et al.,

        Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. Because this petition challenges a denial of parole, the

1

relevant documents should include the transcript of the July 2007 parole hearing[1] and any documents, reports or letters considered by the panel.  See Rule 5, Fed. R. Governing § 2254 Cases;

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

    4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

    5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill, Assistant Attorney General.

DATED:  July 7, 2008.

_____
U.S. MAGISTRATE JUDGE

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct and that the additional materials attached as exhibits are part of the record before the panel, he need not provide a second copy of these things to the court, but may simply note his acceptance of these exhibits in his answer.